Same memorandum as in *People v Nowlin* ([appeal No. 1] 145 AD3d 1447 [2016]). Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUINTIN A. NOWLIN, Appellant. (Appeal No. 3.) [42 NYS3d 883]— Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered April 12, 2013. The judgment convicted defendant, upon a jury verdict, of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Nowlin* ([appeal No. 1] 145 AD3d 1447 [2016]). Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.